**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-7997**

———————

RICHARD LEE COOK,

                                        Plaintiff - Appellant,

        versus

ROY CHERRY, Superintendent; DAVID SIMONS,
Assistant Superintendent; LUIS IGNACIO, Jail
Psychiatrist,

                                        Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T.S. Ellis III, District
Judge. (CA-04-974-1)

———————

Submitted:  February 9, 2005        Decided:  February 17, 2005

———————

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Richard Lee Cook, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Richard Lee Cook seeks to appeal the district court's order dismissing his 42 U.S.C. § 1983 (2000) action in part. Cook's claim against Defendant Luis Ignacio remains pending in the district court. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Cook seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED